The Honorable Robert S. Lasnik
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT, | ) |
| | ) |
| Plaintiff, | ) No. 16-cv-00380-RSL-BAT |
| | ) |
| vs. | ) |
| | ) |
| KING COUNTY (a municipal corporation), | ) STIPULATION AND AGREED |
| Sergeant Fasen, Captain Michael Woodbury, | ) ORDER DISMISSING DEFENDANT |
| Sergeant Ferreiro, | ) CPT. MICHAEL WOODBURY |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff and defendants, acting through their attorneys of record that defendant Cpt. Michael Woodbury be dismissed, with prejudice, as a party to this case, without costs or fees awarded to any party. All other defendants remain in the case. The claims against Defendant Woodbury are being dismissed pursuant to a settlement agreement that was executed in Herbert v. King County, et. al., 14-cv-730, wherein all claims identified in the complaint in the instant case were to be dismissed with prejudice.

STIPULATION AND AGREED ORDER DISMISSING
DEFENDANT CPT. MICHAEL WOODBURY
(No. 16-cv-00380-RSL-BAT)- 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

**ORDER**

THIS MATTER coming on before the above-entitled Court, based on the foregoing stipulation, and the Court being advised in the premises, it is, now therefore

ORDERED that defendant Cpt. Michael Woodbury shall be dismissed with prejudice and without any fees awarded to any party. All other defendants remain in the case.

Dated this 2nd day of February, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: */s/ Richard L. Anderson*
RICHARD L. ANDERSON, WSBA #25115
Senior Deputy Prosecuting Attorney
500 Fourth Ave., 9th Floor
Seattle, WA 98104
Telephone: (206) 296-8820
Fax: (206) 296-8819
Richard.Anderson@kingcounty.gov

Copy received; approved as to form;
Notice of presentation waived:

*/s/Anthony Herbert*
ANTHONY G. HERBERT
Plaintiff

---

STIPULATION AND AGREED ORDER DISMISSING
DEFENDANT CPT. MICHAEL WOODBURY
(No. 16-cv-00380-RSL-BAT)- 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819