# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANTHONY G. HERBERT,

          Plaintiff,

   v.

KING COUNTY, *et al.*,

          Defendants.

Case No. C16-0380RSL

ORDER

This matter comes before the Court on plaintiff's objections to Magistrate Judge Tsuchida's order denying a request for stay. Dkt. # 27. If and when plaintiff has evidence of a debilitating medical condition that interferes with his ability to prosecute this lawsuit, a stay may be appropriate. At present, however, plaintiff's concerns regarding unauthorized transmissions of his thoughts via audio and video recordings to the public are not only unsupported, but implausible. Plaintiff's objections are overruled.

Dated this 3rd day of February, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER