UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY G. HERBERT,

        Plaintiff,

v.

KING COUNTY, et al.,

        Defendants.

Case No. C16-380 RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the parties' motions for summary judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. 31) is **GRANTED**; plaintiff's cross-motion for summary judgment (Dkt. 51) is **DENIED**, and plaintiff's claims against the defendants are **DISMISSED with prejudice.**

(3) The Clerk of Court is directed to send copies of this Order to plaintiff, counsel for defendants, and to Judge Tsuchida.

DATED this 7th day of July, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1