UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY G. HERBERT,

        Plaintiff,

    v.

KING COUNTY, *et al.*,

        Defendants.

Case No. C16-0380RSL

ORDER

This matter comes before the Court on "Plaintiffs [sic] Request for Written Facts and Findings from District Court." Dkt. # 60. The request is DENIED. The Court adopted the detailed and thorough report compiled by United States Magistrate Judge Brian A. Tsuchida. No further explanation or analysis is needed.

Dated this 21st day of September, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER